UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-20273-CIV-GOLD/MCALILEY

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

v.

CAUSEWAY SQUARE, LLC, et al.,

    Defendants.

_____/

ORDER DISMISSING CLAIMS WITH PREJUDICE; CLOSING CASE

THIS CAUSE is before the Court upon the Parties' Joint Stipulation of Dismissal. **[ECF No. 29]**. Having reviewed the Joint Stipulation and the Court file, and being otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this cause and the claims filed by the Parties are DISMISSED WITH PREJUDICE.

2. Except as specified in the Parties' settlement agreement, each Party shall bear its own attorneys fees and costs.

3. The Court hereby reserves jurisdiction to enforce the terms of the settlement agreement, if necessary.

4. All pending motions are DENIED as moot and all hearing are CANCELLED.

5. This case is CLOSED.

DONE AND ORDERED in Chambers, Miami, Florida on this 27th day of October, 2010.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATED DISTRICT JUDGE

cc: Magistrate Judge Chris M. McAliley
    All Counsel of Record